JASON W. PEAK, ESQ.
Nevada State Bar No. 7131
DIANA ZUCCARINI
Nevada State Bar No. 12147
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
(775) 322-1170
*Attorney for Defendants*
*Bennett Truck Transport and Brian Sterling*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARIS L. WATSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BENNETT TRUCK TRANSPORT, a Delaware Corporation; BRIAN STERLING, an individual<br><br>Defendants. | Case No.: 3:20-CV-00298 |

**NOTICE OF DISASSOCIATION OF COUNSEL**

Defendants Bennett Truck Transport and Brian Sterling, by and through their counsel, Laxalt & Nomura, Ltd. hereby gives notice that attorney Diana Zuccarini is no longer representing them due a change in employment. Attorney Jason W. Peak, of Laxalt & Nomura, Ltd., will continue to represent said defendants.

DATED this 14th day of September, 2020.

LAXALT & NOMURA, LTD.

IT IS SO ORDERED.

Dated: September 14, 2020

_____
UNITED STATES MAGISTRATE JUDGE

*/s/ Jason Peak*
JASON W. PEAK, ESQ.
Nevada State Bar No. 7131
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
T: (775) 322-1170
*Attorney for Defendants Bennett Truck Transport and Brian Sterling*

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
9790 GATEWAY DRIVE
SUITE 200
RENO, NEVADA 89521

Page **1** of **2**

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused to be served a true and correct copy of the foregoing *NOTICE OF DISASSOCIATION OF COUNSEL* by:

☐ Mail on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Laxalt & Nomura, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☒ By electronic service by filing the foregoing with the Clerk of Court using the Court's CM/ECF electronic notice system to the attorneys associated with this case.

☐ Facsimile on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) set forth below.

☐ Federal Express or other overnight delivery.

addressed as follows:

Patrick R. Leverty, Esq.
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502
T: 775-322-6636
F: 775-322-3953
pat@levertylaw.com

Stephanie E. Balzli, Esq. (Pro Hac)
Christopher J. Balzli, Esq. (Pro Hac)
SHUNNARAH INJURY ATTORNEYS, PC
2900 1st Avenue South
Birmingham, AL 35233
T: 205-983-8545
sbalzli@asilpc.com
*Attorneys for Plaintiff*

DATED this 11th day of September, 2020.

            */s/ Deborah Penhale*
            An Employee of Laxalt & Nomura, Ltd.

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
9790 GATEWAY DRIVE
SUITE 200
RENO, NEVADA 89521

Page **2** of **2**